**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SARA W. SEVERINI,
f/k/a SARA WEISS,
an individual,                                                    Case No.: 8:17-cv-00962-JSM-AEP

       Plaintiff,

v.

NELNET GUARANTOR
SOLUTIONS, LLC,
a Florida limited liability company,

       Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

    **COMES NOW**, Plaintiff, SARA W. SEVERINI, f/k/a SARA WEISS (hereinafter, "Plaintiff"), by and through the undersigned counsel pursuant to Local Rule 3.08, Middle District of Florida, and hereby submits this *Notice of Pending Settlement* and states:

    1.    Plaintiff and Defendant, NELNET GUARANTOR SOLUTIONS, LLC (hereinafter, "Defendant"), reached a conditional settlement regarding all claims in this case, and the parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability.

    2.    Upon execution of a mutually-agreeable settlement agreement and release—and compliance with its terms—undersigned counsel will execute and file a Joint Stipulation for Dismissal with Prejudice.

    3.    To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies he consulted with Defendant's counsel, and Defendant agrees to the relief sought herein.

Submitted this 21st day of September 2017.

Respectfully submitted,

**LEAVENLAW**

/s/ *Aaron M. Swift*
**Ian R. Leavengood, Esq., FBN 010167**
**Aaron M. Swift, Esq., FBN 093088**
**Gregory H. Lercher, Esq., FBN 106991**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
aswift@leavenlaw.com
glercher@leavenlaw.com
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I electronically filed a copy of the foregoing *Notice of Pending Settlement* with the Clerk of the Court via the CM/ECF system, and a copy of the same has been furnished electronically this 21st day of September 2017 to:

Daniel C. Johnson, Esq.
Carlton Fields Jorden Burt, P.A.
450 S. Orange Avenue, Suite 500
Orlando, FL 32801
djohnson@carltonfields.com
*Attorneys for Defendant Nelnet Servicing, LLC,*
*incorrectly named as Nelnet Guarantor Solutions, LLC*

/s/ *Aaron M. Swift*
Attorney